# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENZUELA, <br><br> Petitioner, <br><br> v. <br><br> CHRISTIAN PFEIFFER, Warden, <br><br> Respondent. | CASE NO. 2:19-cv-05234-JAK (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: November 4, 2019

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE